IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Randy Spencer,

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Eric Anderson, K.C.P.D.'s Crises Intervent Team and unknown John and Jane Does

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4:18-cv-00152

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Randy Spencer - Homeless
Street Address: I live in my CAR at 24th & Virginia, K.C.
City and County: Jackson County, K.C. Mo
State and Zip Code: Mo, 64106
Telephone Number: 816-820-3070
E-mail Address: NONE

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Eric Anderson
Job or Title (if known): Kansas City Police Officer Assigned to the Crises Intervention Team
Street Address: K.C.P.D. at 1125 Locust
City and County: Kansas City - Jackson Co.
State and Zip Code: Mo, - 64106
Telephone Number: unknown
E-mail Address (if known): unknown

Defendant No. 2
Name: There are numerous Jhon and Jane Does. All I have is their license plate numbers
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st, 8th ah, and 4th and 14th Amendments

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____

☐ Diversity of Citizenship I don't know yet if the defendant or Then or Jane Does live in Kansas, but I've got some of their car plate #'s from ks,
These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* Eric Anderson, is a citizen of the State of *(name)* unknown at this time. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Since about June 2017, Crises Intervention Team (CIT) members have been stalking, harassing and terrorizing Plaintiff, 24 hours a day 7 days a week. Plaintiff lived in his car and they would shine flash light in plaintiff's eyes, while he slept, they would get real close to his car bumper and have their bright lights on when following plaintiff, they contacted businesses and had them to refuse service to plaintiff. Plaintiff went to the FBI, but they refused to help. He asked 3 KCPD officers for help, but they refused. Plaintiff got so scared, he sold his/his car because if he went to jail or something else happened, he had no one to get his car and he would have lost it. Plaintiff most recently was trying under a bridge at 5th & Chesney and all night long, the same cars kept going under the bridge with their bright lights on, watching and harassing plaintiff. Plaintiff can get affidavits regarding these matters.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

To sue defendants for no less than $20,000 each, for personal, punitive and compensatory damages, attorney fees, prejudgment interest and all other relief plaintiff may be entitled to. And appointment of counsel

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [X]    No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [X]    No [ ]

Do you claim punitive monetary damages?
Yes [X]    No [ ]

5

Case 4:18-cv-00152-BP   Document 1-1   Filed 02/23/18   Page 5 of 6

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Minimum of $20,000 from each defendant because they violated my constitutional rights, they put fear in my heart, got me paranoid, I couldn't pursue my life activities and I had to starve for about 3 days, which caused me pain and suffering

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-23-, 2018.

Signature of Plaintiff: Randy Spencer
Printed Name of Plaintiff: Randy Spencer

6